# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2016

154571

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* PIERSON/BERRY, Minors

SC: 154571
COA: 328675
Jackson CC Family Div:
02-002014-NA

_____/

On order of the Court, the application for leave to appeal the September 20, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2016



Clerk

t1101